NATIONAL HOME PRODUCTS Co., INC., Appellant, *v.* UNION CARBIDE AND CARBON CORPORATION, Respondent.

Argued October 16, 1953; decided November 25, 1953.

*Robert O. Kleefeld* and *Richard Netter* for appellant.

*James A. Fowler, Jr.,* and *Asa D. Sokolow* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.